TITLE AND MORTGAGE GUARANTEE COMPANY OF BUFFALO, Respondent, *v.* JOSEPH J. RAY et al., Respondents, and THE SYRACUSE TRUST COMPANY, Appellant.

(Argued April 23, 1929; decided May 28, 1929.)

*William H. Harding* for appellant.

*Stewart F. Hancock* and *Benjamin E. Shove* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.